

FILE COPY

RE: Case No. 15-0117                DATE: 2/18/2015
    COA #: 12-14-00329-CV    TC#: 2014C-0144
STYLE: IN RE   LAZY W DISTRICT NO. 1

    A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.


            MS. CATHY S. LUSK
            CLERK, TWELFTH COURT OF APPEALS
            1517 WEST FRONT, SUITE 354
            TYLER, TX   75702